# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-0205
_____

KATHLEEN ANN BETTS,

    Appellant,

    v.

US BANK NATIONAL
ASSOCIATION not in its
individual capacity but solely as
Owner Trustee for RCF 2
Acquisition Trust, BERNARD T
ZUPKO SR, et al.,

    Appellees.

_____

On appeal from the Circuit Court for Santa Rosa County.
Clifton A. Drake, Judge.

February 11, 2025

PER CURIAM.

    DISMISSED.

B.L. THOMAS, ROWE, and RAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Kathleen Ann Betts, pro se, Appellant.

No appearance for Appellees.